275 U.S. 518
 48 S.Ct. 118
 72 L.Ed. 403
 The COMPANY DE NAVEGACION, Interior, S. A., petitioner,
v.
FIREMAN'S FUND INSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. GLOBE & RUTGERS FIRE INSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. NORTHWESTERN FIRE & MARINE INSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. HARTFORD FIRE INSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. NATIONAL LIBERTY INSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. AETNA INSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. WESTERN ASSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. LIVERPOOL & LONDON & GLOBE INSURANCE COMPANY, Ltd.; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. SPRINGFIELD FIRE & MARINE INSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. FRANKLIN FIRE INSURANCE COMPANY; The COMPANIA DE NAVEGACION, Interior, S. A., petitioner, v. PHOENIX INSURANCE COMPANY.
 No. 510.
 No. 511.
 No. 512.
 No. 513.
 No. 514.
 No. 515.
 No. 516.
 No. 517.
 No. 518.
 No. 519.
 No. 520.
 Supreme Court of the United States
 November 21, 1927
 
 and
 Mr. John D. Grace, of New Orleans, La., for petitioner.
 Mr. T. Catesby Jones, of New York City, for respondents.
 
 
 1
 Petition for writs of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted.